UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUANNE DANIELLE DUNNING<br><br>　　　　Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner, Social Security<br><br>　　　　Defendant. | Case No. 2:22-CV-02821-PVC<br><br>ORDER FOR AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA) 28 U.S.C. § 2412(d) |

　　Based upon the parties' Stipulation for Award of Attorney Fees pursuant The Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), IT IS ORDERED that attorney fees be paid to Patricia L. McCabe, Counsel for Plaintiff, in the amount of $446.41, subject to the terms of the above-referenced Stipulation.

Date: March 6, 2023　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　Hon. Pedro V. Castillo
　　　　　　　　　　　　　　　　　　United States Magistrate Judge